RECEIVED
IN LAKE CHARLES, LA.
DEC 04 2015
TONY R. MOORE, CLERK
BY _____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| ROBERT H. TUCK<br>FED. REG. #94936-020 | CIVIL ACTION NO. 14-CV-3246<br>SECTION P |
| VS. | JUDGE MINALDI |
| CHARLES MAIORANA, ET AL. | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 7) of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering that no objections have been filed,

**IT IS ORDERED** that the defendant's application for writ of habeas corpus (Rec. Doc. 1) is DISMISSED WITHOUT PREJUDICE.

Lake Charles, Louisiana, on this _2_ day of _Dec_, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE